

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2018

No. 04-18-00129-CV

Stanton P. **BELL**, et al.,
Appellants

v.

**CHESAPEAKE ENERGY CORPORATION**, et al.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI22093
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

      The clerk's record in this accelerated appeal is due April 16, 2018. On April 12, 2018, the district clerk filed a notification of late record asking for an additional twenty days in which to file the clerk's record. In the notification, the district clerk states additional time is necessary because she has "attorneys filing designation [sic] and do not have enough time to invoice the appeal and received payment." After review, we **GRANT IN PART AND DENY IN PART** the district clerk's request for an extension of time. Rule 35.3(c) of the Texas Rules of Appellate Procedure states we may extend the deadline for filing the clerk's record, but an extension in an accelerated appeal "must not exceed . . . 10 days." Tex. R. App. P. 35.3(c). Accordingly, we **GRANT** the district clerk an extension of ten days in which to file the clerk's record, but **DENY** her request for an extension of twenty days. We **ORDER** the district clerk to file the clerk's record in this court **on or before April 26, 2018**.

      We **order** the clerk of this court to serve a copy of this order on the district clerk and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court